In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00330-CV


NO. 09-08-00331-CV


____________________



RONALD DUCOTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 96212 (5490) and 97417 (5491)






 MEMORANDUM OPINION


 Appellant Ronald Ducote, doing business as a bail bondsman, filed notices of appeal
in this bond forfeiture proceeding but failed to file briefs. On August 3, 2009, we notified
the parties that briefs had not been filed and warned that failure to file briefs could result in
dismissal of the appeals for want of prosecution. Ducote did not request additional time and
failed to file briefs. On September 24, 2009, we notified the parties that the appeals would
be submitted to the Court without oral argument. See Tex. R. App. P. 39.8. In the absence
of briefs assigning error for appellate review, we dismiss the appeals for want of prosecution. 
See Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).


 APPEALS DISMISSED.






 ____________________________

 HOLLIS HORTON

 Justice 

Submitted on October 15, 2009

Opinion Delivered October 29, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.